IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C/O MR. OLMOS, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01653 LJO JLT (PC)<br><br>ORDER DISREGARDING MOTION FOR CONSOLIDATION AND FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 15) |

　　　　On October 18, 2011, the Court dismissed this matter for Plaintiff's failure to exhaust his administrative remedies. (Doc. 13) On October 19, 2011, Plaintiff filed a motion asking for this matter to be consolidated with other cases and for counsel to be appointed.  (Doc. 15)

　　　　In light of the dismissal of this matter, the current motion is **DISREGARDED**.

IT IS SO ORDERED.

Dated:   **October 20, 2011**　　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1